[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-14121

Non-Argument Calendar

_____

DOUGLAS JUNCO,

Plaintiff-Appellant,

*versus*

WARE STATE PRISON, et al.,

Defendants,

OFFICER CARVER,

Defendant-Appellee.

_____

2                    Opinion of the Court                    24-14121

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 5:23-cv-00027-BWC

_____

Before JILL PRYOR, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Douglas Junco, a state prisoner proceeding *pro se*, filed a timely notice of appeal from the district court's order and judgment dismissing the case without prejudice. Junco also filed a timely construed motion to reconsider the order and judgment. *See* Fed. R. App. P. 4(a)(4). The district court granted that motion, vacated the order and judgment, and reopened the case for further proceedings. Junco's amended complaint, and the remaining defendant's motion to dismiss it, remain pending.

We lack jurisdiction over this appeal because the vacated dismissal order and judgment are "officially gone" and have "no legal effect whatever." *See United States v. Sigma Int'l, Inc.*, 300 F.3d 1278, 1280 (11th Cir. 2002) (*en banc*). For that reason, even if we concluded that the district court erred in its dismissal order, we could not give meaningful relief, so this appeal is moot. *See Christian Coal. of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011) (holding that we lack jurisdiction to hear moot issues); *Friends of Everglades v. S. Fla. Water Mgmt. Dist.*, 570 F.3d 1210, 1216 (11th Cir. 2009) (holding that an issue is moot when it no longer presents

24-14121                    Opinion of the Court                    3

a live controversy with respect to which the court can give meaningful relief).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.